UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAITLIN DULANY, LARISSA GOMES, and MELISSA THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIRAMAX FILM NY, LLC, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES L. DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive,<br><br>Defendants. | No. 1:18-cv-04857<br><br>JURY TRIAL DEMANDED |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/18

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

WHEREAS, on December 6, 2017, Plaintiffs Louisette Geiss, Katherine Kendall, Zoe Brock, Sarah Ann Thomas (a/k/a Sarah Ann Masse), Melissa Sagemiller, and Nannette Klatt filed the class action lawsuit known as *Geiss v. The Weinstein Company Holdings LLC, et al.*, No. 1:17-cv-09554 (AKH) (S.D.N.Y.), arising out of alleged sexual abuse and harassment by Harvey Weinstein;

WHEREAS, on June 1, 2018, Plaintiffs Caitlin Dulany, Larissa Gomes, and Melissa Thompson filed the class action lawsuit known as *Dulany v. Miramax Film NY, LLC et al*, No. 1:18-cv-04857 (AKH) (S.D.N.Y.), also arising out of alleged sexual abuse and harassment by Harvey Weinstein;

WHEREAS, both the *Geiss* and *Dulany* actions are assigned to the Hon. Alvin K. Hellerstein;

WHEREAS, at the September 12, 2018 hearing on the Defendants' motions to dismiss in *Geiss,* the Court granted the Defendants' motions to dismiss, with leave to amend the complaint by October 31, 2018;

WHEREAS, in *Geiss,* the Court also set a date for Defendants to file responsive pleadings to the amended complaint of November 30, 2018, with Plaintiffs' opposition(s) due December 24, 2018, and Defendants' replies due January 7, 2019;

WHEREAS, at the September 12, 2018 hearing in *Geiss*, the parties and the Court discussed the pendency of the *Dulany* action, Plaintiffs' counsel represented to the Court that the *Dulany* plaintiffs would be added to the *Geiss* amended complaint, and the Court agreed (Transcript of Proceedings held on September 12, 2018, at 55:10-56:2);

WHEREAS, in the interests of preserving the parties' resources and judicial economy, the *Dulany* parties have agreed that the *Dulany* Plaintiffs will voluntarily dismiss this action without prejudice;

WHEREAS, without waiving any other defenses that they may have and without prejudice to their position that Plaintiffs Caitlin Dulany, Larissa Gomes, and Melissa Thompson cannot state a claim against the *Dulany* Defendants, the *Dulany* Defendants have agreed that they will not object to the addition of Plaintiffs Caitlin Dulany, Larissa Gomes, and Melissa Thompson to the *Geiss* amended complaint;

WHEREAS, Plaintiffs' counsel has advised that they intend to add The Walt Disney Company and Disney Enterprises, Inc. to the *Geiss* amended complaint;

WHEREAS, in *Dulany*, Defendants have not filed an answer or a motion for summary judgment;

NOW THEREFORE, Pursuant to Rule 41(a)(1)(A)(i), and the parties' stipulation herein, Plaintiffs Caitlin Dulany, Larissa Gomes, and Melissa Thompson voluntarily dismiss this action without prejudice.

DATED: October 3, 2018

For Plaintiffs:

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
Emily Brown
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
emilyb@hbsslaw.com

Steve W. Berman
Shelby Smith
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Jason Zweig
HAGENS BERMAN SOBOL
  SHAPIRO LLP
555 Fifth Avenue
Suite 1700
New York, NY 10017
jasonz@hbsslaw.com

So Ordered
10-5-18
/s/ AKH